FILED
May 20, 2025
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

# Report on Person Under Supervision - Court Decision Requested

| | |
|---|---|
| Person Under Supervision: | Torri Dlena Anderson |
| Case No.: | 4:13-CR-011-P(03) |
| Name of Sentencing Judge: | Senior U.S. District Judge John McBryde (Reassigned by Amendment to Special Order No. 3-338, on July 23, 2020, to U.S. District Judge Mark T. Pittman) |
| Date of Original Sentence: | June 14, 2013 |
| Original Offense: | Conspiracy to Produce False Identification Documents, 18 U.S.C. §1028(a)(1), (b)(1)(A) and (f), a Class C Felony |
| Original Sentence: | 180 months custody, 3-year term of supervised release |
| Revocations: | None |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | November 29, 2023 |
| Assistant U.S. Attorney: | John Bradford |
| Defense Attorney: | Don L. Davidson (Court appointed) |

## Notification To The Court For Cause As Follows:

**I.**

The following information/request is being presented for the Court's review and decision:

Torri Dlena Anderson is requesting permission from the Court to partake in travel to Dorado, Puerto Rico. Ms. Anderson would be traveling with her family consisting of her two sisters, her brother-in-law, her boyfriend, and her aunt. Ms. Anderson's family is taking their father to Puerto Rico to spend time with him as he continues to battle medical issues. Ms. Anderson is requesting to travel Dorado, Puerto Rico, with her family from July 30, 2025, through August 3, 2025.

Ms. Anderson was sentenced on June 14, 2013, by the Honorable John McBryde, Senior United States District Judge, as a result of her conviction for Conspiracy to Produce False Identification, 18 U.S.C. §1028(a)(1), (b)(1)(A) and (f), a Class C Felony. Ms. Anderson was sentenced to 180 months imprisonment followed by three (3) years of supervised release. Ms. Anderson's term of supervised release commenced on November 29, 2023. Since that time, she has completed the random drug testing program with all negative urine specimens and has paid in full her restitution amount of $273,767.77.

**II.**

The probation officer recommends the following action for the Court to consider:

It is respectfully recommended that Torri Dlena Anderson be granted permission to travel to Dorado, Puerto Rico, from July 30, 2025, through August 3, 2025, to spend time with her family.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on May 19, 2025
Respectfully submitted,

Approved,

s/Lacey Goodson
Senior U.S. Probation Officer
Fort Worth Division
Phone:  817-900-1861

s/Bradley Holmes
Supervising U.S. Probation Officer
Phone:  214-287-6993

**Order of the Court:**

☒ Agrees with the recommendation of the probation officer.

☐ Disagrees with the recommendation of the probation officer.

☐ Directs the probation officer to submit a request for modifying the conditions or term of supervision.

☐ Other or Additional:  _____
   _____

☐ File under seal until further order of the Court.

_Mark T. Pittman_ (signature)
Mark T. Pittman
U.S. District Judge

5/20/2025
Date

LG